UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CM MANAGEMENT, INC., CITY
MATTRESS OF FLORIDA, INC. and
PRANASLEEP, LLC,

    Plaintiffs,

v.                                                  Case No:  2:13-cv-35-Ftm-99SPC

NIRVANA SLEEP, LLC and MICHAEL
BOOKBINDER,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Joint Motion for Permission to Bring Electronic Devices into the U.S. Courthouse & Federal Building (Doc. #29) filed on February 20, 2013. The Parties seek permission to bring laptops and cellular telephones into the courtroom during the preliminary injunction hearing to facilitate the presentation of their materials. Upon review, the Court finds good cause to grant the Motion in part. The Court will allow the Parties to bring in one device per side which they will utilize with the courtroom's audio-visual equipment to present their case. The Court assumes this might include the iPad, HP Pavilion g4 laptop computer, and/or the Lenovo ThinkPad X230. The request to bring in cellular telephones is denied.

    Accordingly, it is now

    **ORDERED:**

Joint Motion for Permission to Bring Electronic Devices into the U.S. Courthouse & Federal Building (Doc. #29) is **GRANTED in part and DENIED in part**. Each party may bring in one devices that will be utilized with the Court's audio-visual equipment to present their

case, subject to the **discretion** of the Court Security Officers and/or U.S. Marshal's Office.[1]  The request to bring in cellular telephones is denied.

      **DONE** and **ORDERED** in Fort Myers, Florida this 21st day of February, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

---

[1] Wireless internet access is now available throughout the Middle District of Florida. All internet access through the broadband wireless internet is subject to the terms and conditions outlined in the Order Conditions Applicable to Using Internet in In re Policy Governing Limited Personal Use of Supplied Broadband Wireless Internet Connection for Registered Courtroom Users, 6:11-mc-83-Orl-22.